IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL CASE NO. |
| | : 1:15-CR-457-SCJ |
| OLAYINKA OLANIYI, | : |
| Defendant. | : |

## ORDER

This matter appears before the Court on the February 15, 2018, Report and Recommendation ("R&R") by the Honorable Justin S. Anand, United States Magistrate (Doc. No. [105]), recommending that the Court deny Defendant Olayinka Olaniyi's Motion to Suppress (Doc. No. [48]). Having reviewed the R&R and having received no objections, the R&R is received with approval and **ADOPTED** as the Order of this Court. The Motion to Suppress (Doc. No. [48]) is **DENIED**.

**IT IS SO ORDERED**, this 27th day of March, 2018.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE